APPEAL NO. 1752. ARLINE BARTHLEIN *v.* JAMES E. ELLIS. Plaintiff's motion to dismiss defendant's appeal denied. *Gladstone & Zarlenga, B. Lucius Zarlenga,* for plaintiff. *Albert D. Saunders, Jr.,* for defendant.

APPEAL NO. 1965. LUCY PALAZZI *et al. v.* STATE. Petitioners' motion to dismiss State's appeal denied. *Arcaro, Belilove and Kolodney, Abraham Belilove,* for petitioners. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.

C. A. NO. 73-67. STATE *v.* MAUREEN ARRUDA. Defendant's motion that truth of pleadings, exhibits and transcript be established is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

April 17, 1973.

M. P. Nos. 1789, 1790. THE EAST GREENWICH FIRE DISTRICT *v.* PENN CENTRAL COMPANY *et al.* TOWN OF EAST GREENWICH *v.* PUBLIC UTILITIES COMMISSION. Petition for reargument denied. Motion for stay of all orders to close the Long Street and London Street crossings is denied. Roberts, C.J., Joslin, Doris, JJ., not participating. Powers, J., although retired, participated. *A. Earl Shaw, Jr.,* Town Solicitor of the Town of East Greenwich, for petitioner. *Roberts & Willey, Inc., Dennis J. Roberts, II,* for Penn Central Company, respondent.

C. A. NO. 73-101. STATE *v.* ROBERT FONTAINE. Defendant's motion for release on bail pending his appeal from conviction and sentence in Providence County Indictments Nos. 72-995 and 72-996 denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Stephen J. Fortunato, Jr.,* for defendant.